| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2004** | **Report Required by the Ethics**<br>**in Government Act of 1978**<br>**(5 U.S.C. app. §§ 101-111)** |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Smith, Jr., Charles L | 2. Court or Organization<br><br>Northern District of Alabama | 3. Date of Report<br><br>5/13/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br><br>101 Holmes Avenue<br><br>Huntsville, Ala. 35801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1.  1981 | Judicial Retirement Fund of Alabama (Retirement fund of former employer, State of Alabama), no control |
| 2.  1981 | Madison County, Alabama Retirement Fund (Retirement fund of former employer, Madison County), no control |

FINANCIAL DISCLOSURE OFFICE   MAY 18 10 21 AM '05   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Madison County Commission - Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☐ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1.  Regions Bank | Mortgage on Rental Property No. 3, Baldwin County, Ala. (Part VII, Line 89) | M |
| 2.  Regions Bank/MBNA | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. Savings Bonds-Series EE | A | Interest | J | T | | | | | |
| 2. Regions Financial Corp. | C | Dividend | L | T | Part Sale | 7/01 | J | A | |
| 3. | | | | | Part Sale | 7/06 | J | A | |
| 4. | | | | | Part Sale | 12/22 | J | A | |
| 5. | | | | | Part Sale | 12/23 | J | A | |
| 6. Citi Bank Money Fund | A | Interest | J | T | | | | | |
| 7. Meadowbrook, Ltd. 4.75% Int. in limited partnership | | None | J | U | | | | | |
| 8. Farm | D | Rent (Crop) | O | W | | | | | |
| 9. Farm Rental House | D | Rent (House) | L | W | | | | | |
| 10. Conn. Mutual Life Ins. Growth Acct. | A | Dividend | J | T | | | | | |
| 11. Conn. Mutual Life Ins. Intl. Equity Acct. | A | Dividend | J | T | | | | | |
| 12. Conn. Mutual Life Ins. Total Return Acct. | A | Dividend | J | T | | | | | |
| 13. Crown Life Ins. - Cash Value | A | Dividend | J | T | | | | | |
| 14. Apple Computer, Inc. | | None | J | T | | | | | |
| 15. Time Warner, Inc. (formerly AOL-Time Warner, Inc.) | | None | J | T | | | | | |
| 16. Putnam Voyager Fund Class B | A | Dividend | J | T | | | | | |
| 17. Clorox Co. | A | Dividend | K | T | | | | | |
| 18. OPENTV Corp Class A | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. WorldCom Group Corp | | None | J | T | Sold | 12/29 | | | |
| 20. WorldCom, Inc. GA-New MCI Group | | None | J | T | Sold | 12/29 | | | |
| 21. Defered Comp Plan - PEBSCO Nationwide Fixed | B | Interest | K | T | Buy Biweek | 2004 | J | A | |
| 22. Madison Co. AL Retirement Fund | B | Interest | K | T | | | | | |
| 23. Deferred Comp Plan - PEBSCO Fidelity Magellan | B | Dividend | K | T | | | | | |
| 24. Deferred Comp Plan - PEBSCO American Century Ultra | B | Dividend | K | T | | | | | |
| 25. Deferred Comp Plan - PEBSCO Putnam Voyager Fund Class A | B | Dividend | K | T | | | | | |
| 26. Deferred Comp Plan - PEBSCO Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 27. Am Family Broadcasting Corp (Retirement) | | None | J | T | | | | | |
| 28. Fix Corp Intl., Inc. | | None | J | T | | | | | |
| 29. First Merit Corp | A | Dividend | J | T | Sold | 10/06 | J | | |
| 30. Sanmina-SCI Corp | | None | J | T | | | | | |
| 31. Deferred Comp Plan - PEBSCO S&P 500 Index | A | Dividend | J | T | | | | | |
| 32. PACT (Ala. Prepaid Affordable College Tuition plan) | A | Interest | J | T | | | | | |
| 33. Scholars Choice (Section 529 Plan) | B | Dividend | J | T | | | | | |
| 34. Weyhauser | A | Dividend | J | T | | | | | |
| 35. Easy Street Investors Corp - ▇▇▇▇ of Stock | | None | K | T | | | | | |
| 36. -- Davis Selected - Large Cap - Money Manager Acct | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -- TCW Large Cap Growth - Money Manager Acct | | | | | Sold | 11/18 | M | D | |
| 38. -- Johnson & Johnson | | | | | | | | | |
| 39. -- United Healthcare Corp (formerly Unitedhealth Group Inc) | | | | | | | | | |
| 40. -- Pepsico, Inc. | | | | | | | | | |
| 41. -- Nextel Telecommunications, Inc. | | | | | | | | | |
| 42. -- Maxim Intergrated Prod. | | | | | | | | | |
| 43. -- Supertex | | | | | | | | | |
| 44. -- First Horizon Nat. Corp (formerly FirstTenn.Nat.Corp) | | | | | | | | | |
| 45. -- QWest Communications Intl. | | | | | | | | | |
| 46. -- Cisco Systems, Inc. | | | | | | | | | |
| 47. -- Exxon Mobil Corp | | | | | | | | | |
| 48. -- ICOS Corp | | | | | | | | | |
| 49. -- Pfizer, Inc. | | | | | | | | | |
| 50. -- Alliant TechSystems, Inc. | | | | | | | | | |
| 51. -- CyberSource Corp | | | | | | | | | |
| 52. -- St. Joe Company | | | | | | | | | |
| 53. -- United Technologies Corp. | | | | | | | | | |
| 54. -- Varsity Group, Inc. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -- Sanmina SCI Corp | | | | | | | | | |
| 56. -- Lowe's Companies, Inc. | | | | | | | | | |
| 57. -- Goldman Sachs Group, Inc. | | | | | | | | | |
| 58. -- Lincoln National Corp. | | | | | | | | | |
| 59. -- Principal Financial Group | | | | | | | | | |
| 60. -- Rorer Large Cap Core Fund | | | | | | | | | |
| 61. -- Wachovia MM Fund | | | | | Sold | 4/16 | M | D | |
| 62. -- SouthTrust Corp. | | | | | Sold | 6/17 | K | C | |
| 63. -- WP Stewart & Co. LTD | | | | | Sold | 11/18 | K | B | |
| 64. -- Net2Phone, Inc. | | | | | | | | | |
| 65. -- Adtran, Inc. | | | | | Buy | 4/16 | K | | |
| 66. -- Calamos Strategic TR Fund | | | | | Buy | 11/19 | K | | |
| 67. -- Calamos Money Manager Account | | | | | Buy | 11/19 | M | | |
| 68. -- CoStar Group | | | | | Buy | 11/18 | K | | |
| 69. -- UT Star Com, Inc. | | | | | Buy | 3/19 | K | | |
| 70. American Century Value Fund | A | Dividend | J | T | | | | | |
| 71. Education IRA No. 1 | | | | | | | | | |
| 72. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 74. -- Coca Cola Bottling Co. | A | Dividend | J | T | | | | | |
| 75. Education IRA No. 2 | | | | | | | | | |
| 76. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |
| 77. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 78. Education IRA No. 3 | | | | | | | | | |
| 79. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |
| 80. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 81. Education IRA No. 4 | | | | | | | | | |
| 82. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |
| 83. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 84. Coca Cola Bottling Co. | A | Dividend | J | T | | | | | |
| 85. eBay, Inc. | | None | J | T | | | | | |
| 86. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 87. Johnson & Johnson | A | Dividend | K | T | Part Sale | 2/13 | J | A | |
| 88. | | | | | Part Sale | 3/16 | J | A | |
| 89. Rental Property No. 3, Baldwin County, Ala. | | None | M | R | | | | | |
| 90. Trust No. 1 | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Smith, Jr., Charles L | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -- Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 92. -- Apple Computer, Inc. | | None | J | T | Part Sale | 12/22 | J | A | |
| 93. -- Fix Corp. Intl., Inc. | | None | J | T | | | | | |
| 94. -- ITC DeltaCom, Inc. - New Issue | | None | J | T | | | | | |
| 95. -- Lockheed Martin Corp. | A | Dividend | J | T | Part Sale | 8/06 | J | A | |
| 96. Vanguard Age-Based Aggressive Growth (Section 529 Plan) | A | Dividend | J | T | Buy Monthly | 2004 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Jr., Charles L | 5/13/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date___*May 13, 2005*___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544